February 9, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DONALD M. HOLDEN, Appellant

NO. 14-11-01045-CV                    V.

JOHN C. OSBORNE AND THE LAW OFFICES OF JOHN C. OSBORNE, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 25, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by DONALD M. HOLDEN.

We further order this decision certified below for observance.